1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ANGEL ARTURO VARGAS

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        ) NO. 2:12-cr-00275 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION TO CONTINUE STATUS
13      v.                          ) CONFERENCE AND ORDER EXCLUDING
                                    ) TIME
14 ANGEL ARTURO VARGAS,             )
                                    )
15              Defendant.          ) DATE: February 21, 2013
                                    ) TIME: 9:00 a.m.
16 _____  ) JUDGE: Morrison C. England, Jr.

18      Plaintiff United States of America, by and through its counsel of
19 record, and defendant, by and through his counsel of record, hereby
20 stipulate as follows:
21      1.   By previous order, this matter was set for status conference
22 on January 24, 2013.
23      2.   By this stipulation, defendant now moves to continue the
24 status conference until February 21, 2013 and to exclude time between
25 January 24, 2013 and February 21, 2013 under Local Code T4.  Plaintiff
26 does not oppose this request.
27      3.   The parties agree and stipulate, and request that the Court
28 find the following:

a.  Discovery has been produced directly to counsel and/or made available for inspection and copying.

b.  Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his client.

c.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2013 to February 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 17, 2013          JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Counsel for Defendant
ANGEL ARTURO VARGAS

DATED: January 17, 2013          BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin D. Galloway for
MICHAEL McCOY
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE